

NUMBER 13-08-00629-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE BILLY J. BASHAM

On Petition for Writ of Mandamus

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion[1] Per Curiam

Relator, Billy J. Basham, filed a petition for writ of mandamus on August 11, 2008, seeking relief from an order directing the withdrawal of funds from relator's inmate trust account.[2] The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown himself entitled to the relief sought.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] This cause was originally docketed in this Court as a criminal matter. *See In re Basham*, No. 13-08-00478-CR, 2008 Tex. App. LEXIS ___, at *1 (Tex. App.–Corpus Christi Nov. __, 2008, orig. proceeding) (per curiam) (mem. op.).

Mandamus relief is proper only to correct a clear abuse of discretion when there is no adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). The relator has the burden of establishing both prerequisites to mandamus relief. *In re CSX Corp.*, 124 S.W.3d 149, 151 (Tex. 2003) (orig. proceeding). This burden is a heavy one. *See In re Epic Holdings, Inc.*, 985 S.W.2d 41 (Tex. 1998)

In the instant case, relator has failed to meet this burden. The petition for writ of mandamus and accompanying documents do not establish a clear abuse of discretion by the trial court. *See generally* TEX. R. APP. P. 52.3(h), 52.3(k), 52.7. Moreover, relator has not demonstrated that he lacks an adequate remedy by appeal. *See In re Johnson*, No. AP-75,898, slip. op. ¶ 22 (Tex. Crim. App. Oct. 29, 2008) (orig. proceeding), available at http://www.cca.courts.state.tx.us/OPINIONS/HTMLOPINIONINFO.ASP?OPINIONID=17534; *Reed v. State*, No. 04-07-00004-CV, 2008 Tex. App. LEXIS 5085, at *20 (Tex. App.–San Antonio July 9, 2008, no pet.) (op.); *Abdullah v. State*, 211 S.W.3d 938, 940-41 (Tex. App.–Texarkana 2007, no pet.).

Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 13th day of November, 2008.